**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3318

**OFFICIAL BUSINESS**

U.S. POSTAGE >> PITNEY BOWES

ZIP 30303  $ 001.42⁰
02 1W
0001383857 OCT 24 2018

CLEARED
DEC 10 2018
U.S. Marshals
Atlanta Ga

WECH488  100225069-1N   11/01/18

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 10 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Matthew M. Houston
Wechsler Harwood
488 Madison Avenue
8th Floor
New York, NY 10022

NIXIE         061    40 1        8611/25/18
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

MANUAL PROC REQ    0060N329144-00606